IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et. al.*,<br>     Plaintiff,<br>v.<br><br>NEUHAUS & SONS, LLC, *et al.*,<br>     Defendants. | Case No.: 7:19-cv-00411 |

**EXHIBIT 1 TO**

**MOTION TO APPEAR TELEPHONICALLY**

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING HEARING ON PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED that this matter is set for hearing on Plaintiff United States of America's application for preliminary injunction against Fisher Industries, Fisher Sand and Gravel, Co., and Neuhaus & Sons, LLC, for December 19, 2019, at 1:30 p.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 16th day of December, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge