Case 7:19-cv-00411   Document 12   Filed on 12/23/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-411 |
| | § | |
| NEUHAUS & SONS, LLC, *et al*, | § § | |
| Defendants. | § § | |

**ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER**

IT IS HEREBY ORDERED that this matter is set for hearing on Plaintiffs North American Butterfly Association d/b/a The National Butterfly Center and Marianna Trevino Wright's application for temporary restraining order against Neuhaus & Sons, LLC, Brian Kolfage, We Build The Wall, Inc., Fisher Industries, and Fisher Sand and Gravel Co., for January 3, 2020, at 10**:**00 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 23rd day of December, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge