IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et. al.*,<br>            Plaintiff,<br>v.<br>NEUHAUS & SONS, LLC, *et al.*,<br>            Defendants. | Case No.: 7:19-cv-00411 |

## **WEBUILDTHEWALL, INC.'S RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant WeBuildTheWall, Inc. ("WBTW") states as follows:

1. **A nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is not such corporation:**

There is no such corporation.

Dated: January 2, 2020

**ROERIG OLIVEIRA AND FISHER**

*/s/ David G. Oliveira*
David George Oliveira
Attorney-in-Charge
Federal ID No. 34165
Texas Bar No. 15254675
10255 N 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
Email: doliveira@rofllp.com

**BARNES & THORNBURG LLP**
Thomas G. Haskins, Jr.
Federal ID No. 2257983
Texas Bar No. 24087681
2121 North Pearl Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
Email: thaskins@btlaw.com

*Counsel for Defendant WeBuildTheWall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 2nd day of January, 2020.

*/s/ David George Oliveira*
David George Oliveira