United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00411 |
| NEUHAUS & SONS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of Victor V. Vicinaiz's Motion for Leave to Appear for Attorney of Record (D.E. # 22); however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. __  Document is not signed. (L.R.11.3)

2. __  Document does not comply with L.R.11.3.A

3. __  Caption of the document is incomplete. (L.R.10.1)

4. __  No certificate of service or explanation why service is not required. (L.R.5.3).

5. _X_  Motion does not comply with L.R.7
   a. _X_ No statement of opposition or non-opposition. (L.R.7.1.D(2)).
   b. _X_ No statement of conference between counsel. (L.R.7.1.D(1)).
   c. __ No separate proposed order attached. (L.R. 7.1C).

The document is stricken from the record.

SO ORDERED this 8th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge