United States District Court
Southern District of Texas
**ENTERED**
January 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*,<br><br>Plaintiffs,<br>VS.<br><br>NEUHAUS & SONS, LLC, *et al*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 7:19-CV-00411<br>§<br>§<br>§<br>§ |

## ORDER STRIKING DEFENDANTS' MOTION TO DISMISS

On January 7, 2020, Defendants Fisher Industries and Fisher Sand and Gravel Co. ("Defendants") filed a Motion to Dismiss consisting of portions of both their Motion to Dismiss and Original Answer (Dkt. No. 20) and their Brief in Opposition to Plaintiffs' Request for Temporary Restraining Order and Preliminary Injunction and in Support of Defendants' Motion to Dismiss (Dkt. No. 21). However, Defendants' Motion fails to comply with the Local Rules of this District as Defendants did not submit a separate proposed order attached to either filing. *See* Local Rule 7.1(C).

Accordingly, the Court **STRIKES** those portions of the abovementioned filings that constitute the Motion to Dismiss. More specifically, the Court considers Defendants' Motion to Dismiss and Original Answer (Dkt. No. 20) to be Defendants' Original Answer only and **STRIKES** sections V–VI of Defendants' Brief (Dkt. No. 21) from the record. Should Defendants wish to refile a Motion to Dismiss, they may do so in accordance with the Local Rules.

SO ORDERED this 17th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge