1:40  11.9K views

💬 49   🔁 677   ♥ 1.0K



**Brian Kolfage** @BrianKolfage · Nov 16
'We Build The Wall' Fires Back at Catholic Priest, Nature Preserve for 'Promoting Human Trafficking'

@NatButterflies and catholic priest are promoting trafficking of children



**Exclusive: 'We Build The Wall' Fires Back at Catholic Priest, Nature P...**
We Build The Wall faces more challenges at its latest job site.
therundownnews.com

💬 17   🔁 199




♡ 13  ⇅ 251  ♡ 484



**Brian Kolfage** @BrianKolfage · Nov 16
What's not funny @NatButterflies is how you decline to comment on the rampant sex trade taking place on your property and the death bodies? Any comment? Or is it all for the butterflies? Should I post the govt reports of such crimes or maybe we'll give it to the media!

♡ 42  ⇅ 290  ♡ 650

Show this thread



**Brian Kolfage** @BrianKolfage · Nov 16
Ever wonder why a 501c3 non profit @NatButterflies opened on the most dangerous international border area in America? It's a big business!



**U.S. finally nets global butterfly smuggler**
The Indiana Jones of butterfly smugglers was finally netted, thanks to the dogged determination of a rookie special agent with the U.S. Fish and Wildlife Service.
nbcnews.com