United States District Court
Southern District of Texas
**ENTERED**
March 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-411 |
| | § | |
| NEUHAUS & SONS, LLC, *et al*, | § § | |
| Defendants. | § § | |

## NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE

Due to the travel restrictions and health risks associated with the Covid-19 pandemic, the Initial Pretrial Conference in the above-styled case (previously set for April 8, 2020) is hereby reset for May 6, 2020, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 31st day of March, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge