UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION d/b/d THE NATIONAL BUTTERFLY CENTER, AND MARIANNA TREVINO<br>*Plaintiffs*<br><br>VS.<br><br>NEUHAUS & SONS, LLC, BRIAN KOLFAGE, AND WE BUILD THE WALL INC. et al<br>*Defendants* | § § § § § § § § § § § § § § § | CASE NO. 7:19-cv-00411 |

_____

**FISHER and NEUHAS DEFENDANTS'
RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**
_____

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO.,** and **NEUHAUS & SONS. LLC,** Defendants herein and file this their joint response to Plaintiffs' Motion for Leave to file a Third Amended Complaint and would respectfully respond as follows:

**I.**

These Defendants do not agree with the allegations contained within Plaintiffs' Third Amended Complaint, but are not opposed to Plaintiffs' Motion for leave to file its

1

Third Amended Complaint. Defendants would like an opportunity to respond to the allegations contained in the Third Amended Complaint and request that the Court set a date for Defendants' responses to Plaintiffs' Third Amended Complaint.

Respectfully submitted,

/s/ Mark J. Courtois
MARK J. COURTOIS
Texas Bar No. 04897650
Email: mjcourtois@ffllp.com
Direct: 713-620-7226

FUNDERBURK FUNDERBURK COURTOIS, LLP
2777 Allen Parkway, Suite 1000
Houston, Texas  77019
(713) 526-1801
(713) 526-2708 - FAX

ATTORNEY IN CHARGE
FISHER INDUSTRIES, AND FISHER SAND AND GRAVEL CO.

/s/ Lance Kirby*
Lance Kirby
Texas State Bar No. 00794096
Email: lakirby@jgkl.com email

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Post Office Drawer 1247
Weslaco, Texas 78596
(956) 968-5402
(956) 968-6089 fax

Attorney in Charge for Defendant
NEUHAUS & SONS, LLC
*Signed by permission by *MJC*

2

## **CERTIFICATE OF SERVICE**

     I, MARK J. COURTOIS, hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known Filing Users AND has been accomplished by Notice of Electronic Filing pursuant to Local Administrative Procedure 9(a) on this, the 17th day of September, 2020.

                                         */s/ Mark J. Courtois*
                                         MARK J. COURTOIS