United States District Court
Southern District of Texas
**ENTERED**
September 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-411 |
| NEUHAUS & SONS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING LEAVE TO AMEND

After considering Plaintiffs North American Butterfly Association d/b/a The National Butterfly Center and Marianna Trevino Wright's Motion for Leave to File Third Amended Complaint (Dkt. No. 54), along with the response (Dkt. No.59), the Court GRANTS the motion and allows Plaintiffs' Third Amended Complaint (Dkt. No. 56).

Having allowed the filing of Plaintiffs' Third Amended Complaint, the various Motions to Dismiss filed by Defendants in regard to Plaintiffs' prior Complaint are hereby MOOTED (Dkt. Nos. 15, 29 and 30).

Defendants shall have 30 days from this date to respond to Plaintiffs' Third Amended Complaint.

SO ORDERED this 30th day of September, 2020, at McAllen, Texas.

Randy Crane
United States District Judge