Case 7:19-cv-00411   Document 61   Filed on 10/28/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-411 |
| NEUHAUS & SONS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## **AMENDED ORDER GRANTING LEAVE TO AMEND**

After considering Plaintiffs North American Butterfly Association d/b/a The National Butterfly Center and Marianna Trevino Wright's Motion for Leave to File Third Amended Complaint (Dkt. No. 54), along with the response (Dkt. No. 59), the Court **GRANTS** the motion and allows Plaintiffs' Third Amended Complaint (Dkt. No. 56).

Having allowed the filing of Plaintiffs' Third Amended Complaint, the various Motions to Dismiss filed by Defendants in regard to Plaintiffs' prior Complaint are hereby **MOOTED** (Dkt. Nos. 14, 29 and 30).[1]

Defendants shall have 30 days from the date of the original order granting leave to respond to Plaintiffs' Third Amended Complaint.

SO ORDERED this 28th day of October, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge

---

[1] A previously filed version of this order incorrectly noted Dkt. No. 15, instead of Dkt. No 14, as mooted. The purpose of this updated order is to correct this error.