UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION d/b/d THE NATIONAL BUTTERFLY CENTER, AND MARIANNA TREVINO, *Plaintiffs* <br><br> v. <br><br> NEUHAUS & SONS, LLC, BRIAN KOLFAGE, WE BUILD THE WALL, FISHER SAND AND GRAVEL CO., INC., FISHER INDUSTRIES; and <br><br> *Defendants* | § § § § § § § § § § § § § § § § § | CASE NO. 7:19-CV-00411 |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

Plaintiffs, North American Butterfly Association d/b/a The National Butterfly Center and Marianna Trevino Wright, and Defendants Neuhaus & Sons, LLC., Fisher Industries, and Fisher Sand and Gravel Co., by and through their attorneys of record, herby stipulate under Federal Rule of Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: February 7, 2022.

Respectfully submitted,

| | |
|---|---|
| **PEÑA AND VELA, P.L.L.C**. | **FUNDERBURK FUNDERBURK COURTOIS, LLP** |
| /s/ *Javier Peña* | /s/ *Mark J. Courtois* |
| **JAVIER PEÑA** | **MARK J. COURTOIS** |
| State Bar No. 24005092 | State Bar No. 04898650 |
| **REBECCA VELA** | Email: mjcourtois@ffllp.com |
| State Bar No. 24008207 | 2777 Allen Parkway, Suite 1000 |
| 203 South 10th Street | Houston, Texas 77019 |
| Edinburg, Texas 78539 | Telephone: (713) 526-1801 Telephone |
| Phone: (956) 383-0751 | Facsimile: (713) 526-2708 |
| Fax: (956) 383-5980 | **ATTORNEY FOR DEFENDANTS,** |
| Email: office@penavelalaw.com | **FISHER INDUSTRIES and** |
| **ATTORNEYS FOR PALINTIFFS NORTH AMERICAN BUTTERFLY ASSOCIATION D/B/A THE NATIONAL BUTTERFLY CENTER AND MARIANNA TREVINO WRIGHT** | **FISHER SAND AND GRAVEL CO.** |
| | **JONES, GALLIGAN, KEY & LOZANO, L.L.P.** |
| | /s/ *Lance A. Kirby* |
| | **LANCE A. KIRBY** |
| | State Bar No. 00794096 |
| | Email: lakirby@jgkl.com |
| | 2300 West Pike Boulevard, Suite 300 |
| | Weslaco, Texas 78596 |
| | Telephone: (956) 968-5402 |
| | Facsimile: (956) 968-6089 |
| | **ATTORNEY FOR DEFENDANT, NEUHAUS & SONS, LLC** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION d/b/d THE NATIONAL BUTTERFLY CENTER, AND MARIANNA TREVINO, *Plaintiffs* <br><br> v. <br><br> NEUHAUS & SONS, LLC, BRIAN KOLFAGE, WE BUILD THE WALL, FISHER SAND AND GRAVEL CO., INC., FISHER INDUSTRIES; and <br><br> *Defendants* | § § § § § § § § § § § § § § § § § | CASE NO. 7:19-CV-00411 |

### Order of Dismissal

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby Ordered that this action be, and hereby is Dismissed with Prejudice as to all claims and parties not previously remanded or dismissed by the Court, with each party bearing that party's own attorney's fees and costs. It appearing to the Court that all claims as between all parties have been resolved, the Clerk is directed to close this file.

SO ORDERED February __, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge