United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN BUTTERFLY ASSOCIATION DBA NATIONAL BUTTERFLY CENTER, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00411 |
| NEUHAUS & SONS, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Dkt. No. 94) filed by Plaintiffs North American Butterfly Association d/b/a The National Butterfly Center and Marianna Trevino Wright and Defendants Neuhaus & Sons, LLC, Fisher Sand and Gravel Co., and Fisher Industries under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice as to all claims and parties not previously remanded or dismissed by the Court, with each party bearing that party's own attorney's fees and costs. It appearing to the Court that all claims as between all parties have been resolved, the Clerk is directed to close this file.

SO ORDERED February 8, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge